IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.              Case No. 6:13-cr-10004-JTM-1

TROY A. BONG,

    Defendant.

## MEMORANDUM AND ORDER

Upon consideration of defendant's renewed motion to appoint counsel (Dkt. 73), the court concludes that the motion should be granted as follows.

On July 29, 2015, this court entered a Standing Order regarding motions for post-conviction relief pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015). The order appoints the Office of the Federal Public Defender to represent indigent defendants whose cases are potentially affected by *Johnson*. It allows appointment of a CJA panel attorney should the Federal Public Defender have a conflict that precludes representation.

The court finds that defendant Troy Bong is financially unable to employ counsel, that his case may be potentially affected by *Johnson*, and that the Federal Public Defender has a conflict which precludes representation. Accordingly, the court orders that James R. Pratt is appointed as counsel for Mr. Bong pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. The appointment shall be to determine whether

defendant may qualify for post-conviction relief pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015) and, if so, to assist defendant in obtaining relief under *Johnson*. The appointment will terminate upon a determination by counsel that defendant is not eligible for relief under *Johnson* or, if eligible for relief, upon exhaustion of defendant's post-conviction remedies.

**IT IS THEREFORE ORDERED** this 16th day of May, 2015, that defendant's Motion to Appoint Counsel (Dkt. 73) is GRANTED to the foregoing extent.

      ___s/ J. Thomas Marten_____
      J. THOMAS MARTEN, JUDGE